IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

    Plaintiff,

vs.                            No. 12CV836 JP/WDS

ARENAL RD SW
ALBUQUERQUE, NEW MEXIOC 87105,
MORE PARTICULARLY DESCRIBED AS:
*001 006 RAMIREZ ADDITION,
PARCEL ID: 101105530526620343

    Defendant,

And

WILLIAM D. FOLLETT AND
KENNETH B. WOODY,

    Claimants.

### ORDER VACATING SETTLEMENT CONFERENCE

PLEASE BE ADVISED that the **SETTLEMENT CONFERENCE** set for **May 15, 2013** is vacated. On or about April 16, 2013 the parties should be notified that a new Magistrate Judge has been assigned to this case. At that time the parties should contact the new Magistrate Judge in order to reschedule the settlement conference.

    IT IS SO ORDERED.

                                            W. DANIEL SCHNEIDER
                                            United States Magistrate Judge